346

No. 12–0048/AR.   U.S. v. Bobby D. James.   CCA 20081163.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 23, 2012.

No. 12–8025/AR.   Michael G. New, Appellant v. United States, Appellee.   On consideration of Appellee's motion to file an answer to the writ-appeal petition out of time, it is ordered that said motion is hereby granted.   Appellant's reply may be filed on or before July 12, 2012.

No. 12–0557/AR.   U.S. v. Mac D. Warner.   CCA 20100398.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including July 30, 2012,* and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0603/CG.   U.S. v. Ernesto Maranje.   CCA 1350.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 26, 2012.